# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Charles R. | USCA - 11th Circuit | 05/02/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. Courthouse
801 N. Florida Avenue, Suite 16-B
Tampa, FL 33602

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 05/02/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 11/21/19 - 11/24/19 | South Bend, IN | Advisory Council Meeting | lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Revolving credit card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Rental Property, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2.   Chase IRA | | | | | | | | | |
| 3.   JP Morgan US Gov't MM - QVES0 | A | Interest | J | T | | | | | |
| 4.   Brown Advisory Fund BAFHX | | | J | T | Sold | 2/20/19 | J | A | |
| 5.   Dodge & Cox Int'l DODFX | | | J | T | Sold | 02/20/19 | J | A | |
| 6.   Vanguard Index VFIAX | A | Dividend | J | T | | | J | | |
| 7.   Causeway Cap TR CIVIX | | | J | T | Sold<br>(part) | 02/14/19 | | | |
| 8.   Causeway Cap TR CIVIX | | | J | T | Sold | 04/15/19 | J | | |
| 9.   Dodge & Cox Inc. Inc Fd DODIX | A | Dividend | J | T | | | | | |
| 10.   Dodge & Cox Inc. Fd DODIX | | | J | T | Buy | 11/25/19 | J | | |
| 11.   Federated Int'l FIHLX | A | Dividend | J | T | | | J | | |
| 12.   Federated Int'l FIHLX | | | J | T | Sold | 03/13/19 | J | A | |
| 13.   John Hancock JSNWX | A | Dividend | J | T | | | J | | |
| 14.   John Hancock JSNWX | | | J | T | Sold | 02/14/19 | J | A | |
| 15.   MFS Emerging MEDHX | A | Dividend | J | T | | | J | | |
| 16.   MFS Emerging MEDHX | | | J | T | Sold | 02/20/19 | J | A | |
| 17.   Pimco DAC Inv. PIGIX | A | Dividend | J | T | | | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Pimco Total Return PTTRX | A | Dividend | J | T | | | J | | |
| 19. Pimco Total Return PTTRX | | | J | T | Sold<br>(part) | 02/14/19 | | | |
| 20. Vanguard Charlotte VTABX | A | Dividend | K | T | | | | | |
| 21. Vanguard Fixed Inc. VFIDX | A | Dividend | J | T | | | | | |
| 22. Vanguard Fixed Inc VFIDX | | | J | T | Sold | 02/14/19 | J | | |
| 23. MFS Research Int'l MRSKX | | | J | T | Sold | 02/14/19 | J | | |
| 24. MFS Research Int'l MRSKX | | | J | T | Sold | 04/15/19 | J | | |
| 25. T Rowe Price Inc PRXEX | A | Dividend | J | T | | | J | | |
| 26. T Rowe Price Inc PRXEX | | | J | T | Sold<br>(part) | 09/25/19 | J | | |
| 27. T Rowe Price Inc PRXEX | | | J | T | Sold<br>(part) | 09/25/19 | J | | |
| 28. JP Morgan Core Bd JCBUX | A | Dividend | J | T | | | | | |
| 29. JP Morgan Core Bd JCBUX | | | J | T | Sold<br>(part) | 09/25/19 | J | | |
| 30. Vanguard Bd Index VBTLX | A | Dividend | J | T | | | | | |
| 31. Vanguard Index Bd Index VBTLX | | | J | T | Buy | 02/14/19 | J | | |
| 32. Fidelity Index Fd FXAIX | A | Dividend | J | T | | | | | |
| 33. Fidelity Index Fd FXAIX | | | J | T | Buy | 01/17/19 | J | | |
| 34. Fidelity Index FD FXAIX | A | | J | T | Buy | 08/29/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Fidelity Index Fund FXAIX | | | J | T | Sold<br>(part) | 04/15/19 | J | | |
| 36. Fidelity Index Fund FXAIX | | | J | T | Sold<br>(part) | 11/25/19 | J | | |
| 37. JP Morgan EXCH BBCA | A | Dividend | J | T | | | | | |
| 38. JP JMorgan EXCH BBCA | | | J | T | Buy | 04/08/19 | J | | |
| 39. JP Morgan EXCH BBAX | A | Dividend | J | T | | | | | |
| 40. JP Morgan EXCH BBAX | | | | | Buy | 11/26/19 | J | | |
| 41. JP Morgan EXCH BBEU | A | Dividend | J | T | | | | | |
| 42. JP Morgan EXCH BBEU | | | | | Buy | 02/19/19 | J | | |
| 43. JP Morgan EXCH BBEU | | | | | Buy | 04/18/19 | J | | |
| 44. JP Morgan EXCH BBEU | | | J | T | Sold<br>(part) | 03/14/19 | J | | |
| 45. JP Morgan EXCH BBEU | | | J | T | Sold<br>(part) | 08/29/19 | J | | |
| 46. JP Morgn EXCH BBEU | | | J | T | Sold<br>(part) | 11/26/19 | J | | |
| 47. JP Morgan Japan BBJP | A | Dividend | J | T | | | | | |
| 48. JP Morgan Japan BBJP | | | | | Sold<br>(part) | 11/26/19 | J | | |
| 49. Six Circles Int'l CIUEX | A | Dividend | J | T | | | | | |
| 50. Six Circles Int'l CIUEX | | | | | Buy | 04/05/19 | J | | |
| 51. Six Circles Int'l CIUEX | | | | | Buy | 11/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 05/02/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Six Circles EQ FD CUSUX | A | Dividend | J | T | Buy | | | | |
| 53.  Six Circles EQ FD CUSUX | | | | | Buy | 4/15/19 | J | | |
| 54.  Six Circles EQ FD CUSUX | | | | | Sold<br>(part) | 11/25/19 | J | | |
| 55.  I Shares ETF TIP | A | Dividend | J | T | | | | | |
| 56.  I Shares ETF TIP | | | J | T | Buy | 11/26/19 | J | | |
| 57.  Sx Circles Duration CUSDX | A | Dividend | J | T | | | | | |
| 58.  Six Circles Duration CUSDX | | | | | Buy | 11/25/19 | J | | |
| 59.  Vanguard Sh Term Bd BSV | A | Dividend | J | T | | | | | |
| 60.  Vanguard Sh Term BSV | | | | | Sold<br>(part) | 02/15/19 | J | | |
| 61.  Vanguard Sh Term BSV | | | | | Sold | 09/24/19 | J | | |
| 62.  Vanguard Int'l ETF BNDX | A | Dividend | | | | | | | |
| 63.  Vanguard Int'l ETF BNDX | | | | | Buy | 09/26/19 | J | | |
| 64.  Vanguard Int'l ETF BNDX | | | | | Buy | 11/26/19 | J | | |
| 65.  I Shares Trust IEF | A | Dividend | J | T | | | | | |
| 66.  I Shares Trust IEF | | | | | Buy | 02/21/19 | J | | |
| 67.  I Shares Trust MBB | A | Dividend | J | T | | | | | |
| 68.  I Shares Trust MBB | | | | | Buy | 02/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  I Shares 20 Plus TLT | A | Dividend | J | T | | | | | |
| 70.  I Shares 20 Plus TLT | | | | | Buy | 09/26/19 | J | | |
| 71.  Blackrock Index BTMKX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,600 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 05/02/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 05/02/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Charles R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544